IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2005 OCT -4 A 9:59

| | |
|---|---|
| RONNIE McCLAIN,133958 | * |
| LEON FOY,125322 | |
| WILLIAM K.WALKER,212483 | * |
| ROY MORE,197649 | |
| ANDRE L.WEBSTER,159444 | * CIVIL ACTION: |
| | |
| PLAINTIFF[S] | * |
| | |
| VS. | * JURY TRIAL DEMANDED |
| | |
| BOB RILEY,INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY | * |
| AS GOVERNOR OF ALABAMA | |
| | |
| DONAL CAMPBELL,INDIVIDUALLY | * |
| AND IN HIS OFFICIAL CAPACITY | |
| AS COMMISSIONER OF THE ALABAMA | |
| DEPARTMENT OF CORRECTION, | * |
| | |
| TROY KING,INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY | |
| AS THE ATTORNEY GENERAL OF | * |
| THE STATE OF ALABAMA | |
| | * |
| WILLIAM SEGREST,INDIVIDUALLY | |
| AND IN HIS OFFICIAL CAPACITY | * |
| AS THE EXECUTIVE DIRECTOR OF THE | |
| ALABAMA BOARD OF PARDON & PAROLE | |
| | |
| PAUL WHALEY,INDIVIDUALLY | * |
| AND IN HIS OFFICIAL CAPACITY | |
| AS THE EXECUTIVE DIRECTOR OF | * |
| THE ALABAMA DEPARTMENT OF | |
| CORRECTION CLASSIFICATION DIVISION | |
| | * |
| DEFENDANT[S] | |
| | * |

2:05CV948-F
2:05CV943-F

1.

## COMPLAINT

COMES NOW,RONNIE McCLAIN#133958,SEEKING TO REPRESENT HIMSELF AND OTHERS SIMILARILY SITUATED OR CURRENT AND FUTURE FEMALE/MALE STATE PRISONERS.PURSUANT TO THE DECLARATORY JUDGMENT ACT AND JUNCTIVE RELIEF AND MOVE THIS HONORABLE COURT TO **RE-OPEN** THE CASE OF **JERRY LEE PUGH VS.LOCKE** 406 F.SUPP 318.FOR THAT ON TO WIT;**JANUARY 13,1976** IN THE MIDDLE DISTRICT OF ALABAMA.THE ABOVE NAMED DEFENDANT[S]WHILE ACTING IN THEIR INDIVIDUAL AND IN THEIR OFFICIAL CAPACITIES,DID CONSPIRE TOGETHER UNLAWFULLY,MALICIOUSLY AND WILLFULLY AND INTENTIONALLY TO VIOLATE THIS COURT MANDATE IN THE CASE OF **PUGH.**

1]. McCLAIN AND THE NAMED PLAINTIFF[S]BRING THIS SUIT ON BEHALF OF THEMSELVES AND ALL OTHER FEMALE/MALE PRISONERS IN ALABAMA. THE PLAINTIFF[S]IS SEEKING DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF AND MONETARY DAMAGES OF THREE HUNDRED MILLION DOLLARS($300,000,000.00) IN EXEMPLARY DAMAGES AGAINST THE ABOVE NAMED DEFENDANT[S].

2]. PLAINTIFF[S]ALLEGES THAT THE FEMALE/MALE PRISONERS IN THE STATE OF ALABAMA ARE AT A SUBSTANTIAL RISK OF SERIOUS INJURIES AND DEATH DUE TO THE OUTRAGEOUSLY OVERCROWDED AND DANGEROUS CONDITIONS IN WHICH THEY ARE FORCED TO LIVE AT ELMORE CORRECTIONAL FACILITY AND JULIA TUTWILER FACILITY AND OTHER PRISONS IN THE STATE OF ALABAMA.

3]. THIS COURT HELD IN **PUGH**"WHILE FEDERAL COURTS CONTINUE TO RECOGNIZE BROAD DISCRETION REQUIRED FOR STATE PRISON OFFICIALS TO MAINTAIN ORDERLY AND SECURE INSTITUTIONS,CONSTITUTIONAL DEPRIVATIONS OF SUCH MAGNITUDE AS ALLOW MAINTENANCE OF FACILTIES THAT ARE WHOLLY UNFIT FOR HUMAN HABITATION CANNOT BE COUNTENANCED".MALE PRISONERS IN THE STATE OF ALABAMA ARE PACKED SO TIGHTLY INTO DORMATORIES THAT THE EXTREME TENSION VILATILITY CAUSED BY LACK OF LIVING SPACE RESULTS IN NUMEROUS OF FIGHTS AND OTHER SERIOUS ASSAULTS.THE POTENTIAL VIOLENCE IN ALL ALABAMA STATE PENITENTIARIES IS EXACERBATED BY THE LACK OF ALL INMATES MIXED WITH EACH OTHER AND OPEN DORMATORIES.

2.

4]. THE PLAINTIFF[S]SEEKS INJUNCTIVE RELIEF UNDER THE CONSTITUTIONAL MANDATE OF PUGH AND ACCORDING TO THIS COURT MANDATE"FAILURE OF STATE OFFICIALS TO COMPLY WITH MINIMUM STANDARDS SET FORTH IN ORDER OF COURT WITH RESPECT TO INHUMANE CONDITIONS FOUND TO EXISIT IN ALABAMA PENAL INSTITUTIONS WOULD NECESSITATE CLOSING OF SUCH INSTITUTIONS IN FUTURE".42 U.S.C.A SEC.1983; U.S.C.A.CONST.AMENDS.8,14.DUE TO THE OVERCROWDINESS OF ELMORE CORRECTIONAL FACILITY AND OTHER ALABAMA STATE PRISONS,THERE HAVE BEEN A MAJOR OUTBURST OF STAPH INFECTIONS,HEPATITIS[C],TUBERCULOSIS.THE PRISON CANNOT MAINTAIN A PROPER SEWAGE SYSTEM THAT HAVE BEEN FOUND TO BACK UP INTO THE ELMORE CORRECTIONAL KITCHEN AREA AND OTHER ALABAMA STATE PRISONS AS WELL,WHICH IS INHUMANE.DEFENDANT[S]HAVE FAILED TO CARRY OUT THEIR STATUTORY AND CONSTITUTIONAL DUTIES/OBLIGATIONS THAT WAS ORDERED BY THIS COURT. TO MAINTAIN AND OPERATE CORRECTIONAL FACILITIES THAT PROVIDES THE BASIC SAFETY AND SECURITY.PLAINTIFF[S]BRINGS THIS SUIT ON BEHALF OF THEMSELVES AND OTHERS SIMILARILY SITUATED,PURSUANT TO 42 U.S.C SEC.1983,1985(3),1986. AND THE EIGHTH AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

### JURISDICTION

_5].THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C.SEC.1983,1985(3), 1986 AND 42 U.S.C SEC.12131 et sq.THIS COURT HAS JURISDICTION OVER PLAINTIFF[S]CLAIMS PURSUANT TO 28 U.S.C.SEC 1331AND 1343OF THE UNITED STATE CONSTITUTION.

6].THIS COURT IS AUTHORIZED TO GRANT DECLARATORY AND INJUNCTIVE RELIEF UNDER 28 U.S.C SEC.2201 AND 2202.AND PURSUANT TO 28 U.S.C SEC.1915. THAT ANY COURT OF THE UNITED STATES MAY AUTHORIZE THE COMMENCEMENT,PROSEC-UTION OR DEFENSE OF ANY SUIT,ACTION OR PROCEEDING,CIVIL OR CRIMINAL OR APPEAL THEREIN.WITHOUT PREPAYMENT OF FEES OR SECURITY THEREFORE,BY A PERSON WHO SUBMIT AN AFFIDAVIT THAT INCLUDES A STATEMENT OF ALL ASSETS SUCH FEES OR GIVE SECURITY THEREFORE.THE PLAINTIFF[S]IN THIS SUIT IS UNABLE TO PAY SUCH FEES IN REQUEST THIS COURT TO ALLOW PLAINTIFF[S]TO PROCEED INDIGENT.

7]. THE PLAINTIFF[S]BRINGS THIS SUIT AS A CLASS ACTION AND DUE TO THE MULTITUDE OF THE CLASS THE PLAINTIFF[S]REQUEST THIS HONORABLE COURT FOR AN APPOINTMENT OF COUNSEL UNDER THE AUTHORITY OF TITLE 18 U.S.C SEC,3006(A)

READ IN PERTINENT PARTS (A).CHOICE OF PLAN;EACH UNITED STATE DISTRICT COURT,
WITH THE APPROVAL OF THE JUDICIAL COUNCIL OF THE CIRCUIT,SHALL PLACE IN
OPERATION THROUGHTOUT THE DISTRICT A PLAN FOR FURNISHING REPRESENTATION
FOR ANY PERSON FINANCIALLY UNABLE TO OBTAIN ADEQUATE REPRESENTATION IN
ACCORDANCE WITH THIS SECTION.REPRESENTATION UNDER EACH PLAN SHALL INCLUDE
CUNSEL AND INVESTIGATIVE.

## VENUE

8].THE MIDDLE DISTRICT OF ALABAMA IS AN APPROPIATE VENUE FOR THIS
ACTION UNDER 28 U.S.C 1391(B)(2)BECAUSE A"SUBSTANTIAL PART OF THE EVENTS
OR OMISSION GIVING RISE TO THE CLAIM[S]OCCURED"IN THIS DISTRICT AND ONE OR
MORE OF THE DEFENDANT[S]LIVES IN THIS DISTRICT.

## PARTIES

9].PLAINTIFF[S] ARE SERVING SENTENCES THROUGH CONFINDMENT AT THE
ELMORE CORRECTIONAL FACILITY.THE NAMED PLAINTIFF[S]SEEKS TO REPRESENT
THEMSELVES AND OTHER SIMILARILY OR CURRENT FUTURE FEMALE/MALE STATE
PRISONERS.

10].DEFENDANT BOB RILEY IS THE GOVERNOR OF THE STATE OF ALABAMA.
AS CHIEF EXECUTIVE OF THE STATE OF ALABAMA,DEFENDANT RILEY HAS THE AUTHORITY
TO EXERCISE"ALL FUNCTIONS AND DUTIES OF THE DEPARTMENT OF CORRECTIONS..
ACTING MY HIMSELF OR THROUGH SUCH ADMINISTRATIVE DIVISIONS OR SUCH OFFICERS
OR EMPLOYEES OR INDIVIDUALS AS HE MAY DESIGNATE"ALA.CODE SEC.14-1-17,14-1-1.
DEFENDANT RILEY IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS GOVERNOR
OF ALABAMA.

11].DEFENDANT TROY KING IS THE ATTORNEY GENERAL OF THE STATE OF
ALABAMA.AS ATTORNEY GENERAL HAS RESPONSIBILITY TO HAVE AND RETAIN ALL
POWER,DUTIES AND AUTHORITY HERETOFORE GRANTED OR AUTHORIZED BY THE
CONSTITUTION,STATUTORY LAW OR THE COMMON LAW.SEC.36-15-1-1,NOTHING
CONTAINED IN HIS ARTICLE SHALL BE CONSTRUED SO AS TO IN ANYWAY RESTRICT,
LIMIT OT ABRIDGE THE POWER,DUTIES OR AUTHORITY OF THE ATTORNEY GENERAL AS
HEREFORE AUTHORIZED BY THE CONSTITUTION,STATUTORY LAW OR COMMON LAW.

DEFENDANT KING IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY
AS THE ATTORNEY GENERAL OF THE STATE OF ALABAMA.

12].DEFENDANT DONAL CAMPBELL IS THE COMMISSIONER OF THE ALABAMA
STATE DEPARTMENT OF CORRECTIONS.**ALA.CODE SEC.14-1-1.3.**AS COMMISSIONER,
MR.CAMPBELL IS RESPONSIBLE FOR THE DAILY SUPERVISION OF ALL OPERATIONS AT
THE ALABAMA DEPARTMENT OF CORRECTIONS.HE IS ALSO THE HIGHEST RANKING
OFFICIAL IN THE ALABAMA DEPARTMENT OF CORRECTIONS.DEFENDANT CAMPBELL IS
BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS THE COMMISSIONER OF
THE STATE OF ALABAMA DEPARTMENT OF CORRECTIONS.

13]DEFENDANT WILLIAM SEGREST IS THE EXECUTIVE DIRECTOR OF THE ALABAMA
DEPARTMENT OF BOARD OF PARDON & PAROLE.THE BOARD SHALL BE THE ADVISOR OF
THE GOVERNOR AND THE LEGISLATURE IN MATTERS RELATING TO PENAL AND CORRECTIONAL
INSTITUTIONS,PARDON & PAROLE AND RELATED MATTERS.DEFENDANT SEGREST IS BEING
SUED IN THIS INDIVIDAL AND OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE
ALABAMA BOARD OF PARDON & PAROLE.

14].DEFENDANT PAUL WHALEY IS THE EXECUTIVE DIRECTOR OF THE STATE OF
ALABAMA DEPARTMENT OF CORRECTION **CLASSIFICATION DIVISION.**HIS RESPONSIBILTY
IS TO PROVIDE CONSISTENT,EFFICIENT,DEPENDABLE AND CONSTITUTIONALLY ACCEPT-
ABLE DECISIONS CONCERNING OFFENDERS DURING THEIR INCARCERATION WITH REGARDS
TO CUSTODY,INSTITUTIONAL PLACEMENT,WORK ASSIGMENT,EDUCATION AND TRAINING,
COUNSELING,GUIDANCE,THERAPY AND OTHER SPECIAL PROGRAMS AND ACCORDANCE WITH
THE NEEDS AND RESOURCES OF THE DEPARTMENT AND NEEDS AND ABILITIES OF THE
OFFENDERS.DEFENDANT WHALEY IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY AS THE EXECUTIVE DIRECTOR OF THE STATE DEPARTMENT OF CORRECTION
CLASSIFICATION DIVISION.

15].AT ALL TIMES RELEVANT TO THE EVENTS DESCRIBED HEREIN,DEFENDANTS
WERE EMPLOYED BY AND ACTED UNDER COLOR OF LAW OF THE STATE OF ALABAMA.

<u>CLASS ACTION ALLEGATIONS</u>

16].THE PLAINTIFF[S]BRINGS THIS ACTION ON BEHALF OF THEMSELVES AND
ALL OTHER SIMILARILY SITUATED PRISONERS PURSUANT TO **RULE 23(A)AND(B)(2)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE..**

**THE CLASS CONSISTS OF ALL FEMALE/MALE.**WHO ARE NOW OR WHO WILL IN THE **FUTURE** BE INCARCERATED IN AN ALABAMA DEPARTMENT OF CORRECTIONAL FACILITIES.

17].THE CLASS IS SO NUMEROUS THAT JOINDER OF ALL MEMERS IS IMPRACTABLE. THERE ARE TOTALED AT 30,000 FEMALE/MALE PRISONERS IN THE STATE OF ALABAMA CORRECTIONAL FACILITIES.

18].**THERE** ARE QUESTIONS OF LAW AND FACTS COMMON TO THE CLASS.THESE INCLUDES THE NATURE AND CONSTITUTIONALITY OF THE CONDITIONS,PRACTICES, POLICIES AND TREATMENTS OF FEMALE/MALE PRISONERS IN THE ALABAMA CORRECTIONAL FACILITIES.

19].THE CONDITIONS,POLICIES,PRACTICES AND TREATMENT CHALLENGED IN THIS ACTION APPLY WITH EQUAL FORCE TO THE NAMED PLAINTIFF[S]AND ALL MEMBERS OF THE CLASS SO THAT THE CLAIMS OF THE NAMED PLAINTIFF[S] TYPICAL OF THOSE OF THE CLASS.

20].THE NAMED PLAINTIFF[S]WILL FAIRLY AND ADEQUATELY REPRESENT THE INTEREST OF THE CLASS.THE POSSESS THE REQUISITE PERSONAL INTEREST IN THE SUBJECT MATTER OF THE LAWSUIT.SEVERAL OF THE NAMED PLAINTIFF[S] ARE KNOWLEDGEABLE IN THE AREA OF CONSTITUTIONAL LAW,SEVERAL NAMED PLAINTIFF[S]HAVE WORKED AS LAW CLERKS WITHIN THE DEPARTMENT OF CORRECTIONS. THEY ARE EXPERIENCED IN CLASS-ACTION LITIGATION,INVOLVING UNCONSTITUTIONAL CONDITIONS IN PRISONS AND JAILS.

21].DEFENDANT[S]HAVE ACTED AND REFUSED TO ACT ON GROUNDS GENERALLY APPLICABLE TO THE CLASS,THEREBY MAKING APPROPIATE FINAL DECLARATORY AND INJUNCTIVE RELIEF WITH RESPECT TO THE CLASS AS A WHOLE.

## STATEMENTS OF FACTS

A.**MINIMUM** SECURITY FEMALES PRISONERS ARE BEING FORCED TO BE HOUSED WITH MAXIMUM SECURITY FEMALE INMATES.

B.THE ALABAMA PRISON SYSTEM AT ELMORE WAS DESIGNED TO HOLD 600 MALE PRISONERS.

6.

C.MALE PRISONERS IN ALABAMA ARE CONFINED IN SEVERLY
OVERCROWDED AND UNDERSTAFFED FACILITIES.

22].FEMALE PRISONERS AT JULIA TUTWILER ARE FORCED TO BE HOUSED WITH
DIFFERENT CLASS OF PRISONERS WHEREAS,THE MALE PRISONERS IN ALABAMA
HAVE A MAXIMUM SECURITY PRISONS·AND A MINIMUM SECURITY PRISONS TO
SEPERATE THE EXTREME VIOLENT PRISONERS FROM ONE ANOTHER.

23].THE ALABAMA PRISON SYSTEM AT ELOMRE FACILITY WAS DESIGNED TO
HOLD NO MORE THAN **600** MALE PRISONERS.ELMORE CORRECTIONAL FACILITY
IS OVER IT'S CAPACITY AT MORE THAN **100%.**

24].TO ACCOMMODATE THE EXCESSIVE NUMBER OF MALE PRISONERS WITHIN
THE ALABAMA PRISON SYSTEM,THE DEFENDANT[S]OVER THE YEARS HAVE ADDED
BUNK BEDS TO THE NORMALL SINGLE BEDS IN THE DORMATORY AREA OF ALL
LIVING AREA'S.FURTHERMORE,THE DEFENDANT[S] HAVE REFURISHED SEVERAL
CORRECTIONAL FACILITIES AREA'S INTENDED FOR SCHOOLS,CHAPEL,HOSPITAL,
AS WELL AS MANUFACTURING BUILDINGS INTO DORMATORIES FOR PRISONERS.
THE OLD A.C.I CANNING PLANT AT STATON CORRECTIONAL FACILITY WAS RECENTLY
CONVERTED INTO A COMPACT **356** BED DORMATORY.DRAPER WAS OPENED IN 1938
AND IS THE OLDEST RUNDOWN MALE PENITENTIARY IN THE STATE OF ALABAMA,
CURRENTLY HOUSING MORE THAN **1200** INMATES,WHICH WAS ONLY DESIGNED
TO HOUSE **632.**

25].ELMORE,ALONG WITH VARIOUS INSTITUTIONS THAT ARE HOUSING WELL
OVER THE CAPACITY ARE WITHOUT ANY HOSPITAL.ELMORE,DRAPER AND FRANK
LEE YOUTH CENTER ARE USING STATON INSTITUTIONAL MEDICAL FACILITY,
TO CARE FOR THE MINIMUM AND EXTREMELY ILLNESS."OFFICIALS RESPONSIBILIES
FOR ALABAMA PENAL SYSTEMS WERE REQUIRED TO PROVIDE REASONABLE MEDICAL
CARE FOR PRISONERS IN VARIOUS INSTITUTIONS.WHEREAS,THE FAILURE OF
THE PRISONERS CORRECTIONAL SYSTEM TO PROVIDE SUFFICIENT MEDICAL FACILTIES
AND STAFF TO AFFORD INMATES BASIC ELEMENTS OF ADEQUATE MEDICAL THIS
FAILURE CONSTITUTED A WILLFULLY AND INTENTIONALLY VIOLATES THE RIGHTS
OF PRISONERS GUARANTEE UNDER EIGHT AMENDMENTS **U.S.C.A CONST.AMEND 8,14.**

7.

26].THE SEATING CAPACITY IN THE ELMORE CORRECTIONAL FACILITIES KITCHEN
FALLS FAR BELOW THE ABILITY TO ACCOMMODATE THE OVERCROWDED POPULATION
AT ELMORE CORRECTIONAL FACILITY AS WELL AS OTHER INSTITUTIONS
THROUGHOUT THE STATE,DUE TO THE STATEWIDE OVERCROWDINESS.

27].THE FOOD SERVICE CONDITIONS ARE EQUALLY UNSANITARY,FOOD IS
IMPROPERLY STORED IN DIRTY STORAGE UNITS AND IS OFTEN INFESTED WITH
INSECTS.MECHANIC DISHWASHERS WATER IN THE KITCHEN DOES NOT PROPERLY
OR THOROUGHLY CLEANSE THE SPOONS,TRAYS,OR CUPS THAT THE MALE PRISONERS
HAVE TO UTILIZE.ARE NOT ADEQUATELY MAINTAIN AND THEREFORE ARE NOT
EVEN APPROACHING THE MINIMUM TEMPERATURE REQUIRED FOR THE PROPER
SANITATION.GARBAGE SITS IN THE DINNING HALL AS A GENERAL RULE,IN
LARGE OPENED DRUMS IN AREA'S WHERE FOOD IS BEING PREPARED.THERE ARE
NO PROPER MEALS BEING SERVED AT THE ELMORE CORRECTIONAL FACILITY
ALL THREE MEALS ARE FAR BELOW MINIMUM STANDARDS THAT ARE REQUIRED.

28].EACH BAY OF DORMATORY HOUSE 198 PRISONERS WITH ONLY **8 TOILETS,
8 WORKING SHOWERHEADS,8 SINK AND 1 URINAL PER BAY.**THIS HONORABLE
COURT CONSTITUTIONAL MANDATE AND **PUGH** STATES AS FOLLOWS;
    "EACH INSTITUTION <u>SHALL</u> MAINTAIN IN WORKING ORDER **ONE (1)TOILET
PER 15 INMATES,ONE (1)**URINA OR ONE(1)**FEET OF URINAL THROUGH PER**(15)
INMATE,ONE (1)**SHOWER PER**(20)INMATE AND ONE(1)**LAVATORY PER (10) INMATE"**
INJUNCTION WAS ISSUED TO ENJOIN STATE OF ALABAMA FROM MAINTAINING
A PRISON SYSTEM THAT WAS NOT OTHERWISE IN COMPLIANCE WITH CONSTITUTIONAL
REQUIREMENTS IN RESPECT TO THE OVERCROWDING.

29].THE PLAINTIFF[S]CHALLENGES THE POLICIES AT THE ELMORE CORRECTIONAL
FACILITY AND VARIOUS OTHER ALABAMA PENAL INSTITUTIONS,WHICH ALLOWS
PRISONERS WITH COMMUNICABLE DISEASES TO WORK FOOD SERVICE JOBS.
THIS FACILITY HAVE INMATES THAT HAVE BEEN DIAGNOSED WITH **HEPATITIS[C],
WOUNDS THAT IS OPEN SUCH AS STAPH INFECTIONS.**

8.

30].THE CUBICLES ARE PLACED PROPERLY WITHIN THE DORMATORIES,
THERE ARE INADEQUATE STAFF THROUGHOUT THE ALABAMA PENAL SYSTEMS.
THERE IS NO WAY THAT IF AN INMATE NEEDED ASSISTENCE,THAT HE COULD
GET IT,BECAUSE TWO OFFICERS ARE NORMALLY ASSIGNED TO EACH DORM
IN ORDER TO SECURE TWO BAYS THAT IS PACKED WITH BUNK BEDS FROM
THE FRONT TO THE BACK OF THE DORMS,LEAVING IT VIRTUALLY IMPOSSIBLE
FOR THE OFFICER IN OR OUT OF THE CUBICLES TO HAVE VISIBILITY OF
THE DORMATORY.**FOR EXAMPLE:**

    1].OFFICERS JUST CANNOT MONITOR THE TELEVISION AREA

    2].AND THE TWO BAY DORMATORIES AT THE SAMETIME

    3].WHICH ALSO INCLUDES THE SHOWER,LAVATORY AREA.

31].THE NAMED PLAINTIFF[S]AND ALL OTHER SIMILARILY SITUATED CURRENT
AND FUTURE FEMALE/MALE STATE PRISONERS IN ALABAMA ARE VICTIMS OF
PRICE GOUGING,WHEREAS,THE PHONE PRICES ARE THREE TIMES THE AMOUNT
THROUGH SERVICE IN SOCIETY. INMATES AT THE AGE OF **50 AND OLDER**
ARE BEING FORCED TO LIVE WITH OTHER INMATES WHOSE MUCH YOUNGER
AND INVOLVED WITHIN GANG ACTIVITIES,WHICH INCREASES THE RISK
OF FIGHTS AND PHYISCAL ASSAULTS.THE DEPARTMENT OF CORRECTION
CANNOT ADEQUATELY PROTECT THE EDLERLY INMATES NOR THEIR PROPERTY.

32].DUE TO SEVER OVERCROWDING MALE PRISONS IN ALABAMA ARE DENIED
THEIR BASIC HUMAN NEEDS FOR ADEQUATE LIVING SPACE,VENTILATION,AND
PERSONAL SAFETY AND SECURITY.THE POTENTIAL FOR SERIOUS VIOLENCE
AMONG PRISONERS WHO ARE DEPRIVED OF ADEQUATE LIVING SPACE, VENTILATION,
PERSONAL SAFETY AND SECURITY, AND OTHER BASIC NEEDS IS EXCEPTIONALLY
HIGH.

33].PRISONERS OUTNUMBERS SECURITY STAFF BY A DANGEROUSLY HIGH NUMBER.
ALABAMA'S PRISONERS TO GUARD RATIO IS ONE OF THE WORSE IN THE NATION.
AS A RESULT THE GUARDS ARE UNABLE TO PROVIDE EVEN MINIMUM ADEQUATE
PROTECTION AND MALE PRISONERS ARE AT A SUBSTANTIAL RISK OF ASSAULT.

34].DUE TO SEVERE OVERCROWDING FEMALE/MALE IN ALABAMA ARE DENIED
THEIR BASIC HUMAN NEEDS FOR ADEQUATE CLOTHING,SUCH AS HEAVER COATS
FOR THE WINTER WETHER,GLOVES,TOBOGGANS,THERMAL UNDERWEARS,THESE
ITEMS ARE ONLY PROVIDED IF INMATES ARE FORTUNATE TO HAVE SOMEONE
ON THE OUTSIDE TO SEND THEM INDIGENT PRISONERS ARE BEING DENIED
THE BASIC HUMAN NEEDS BY THE ABOVE NAMED DEFENDANT[S]

35].WHEN INMATE-ON-INMATE ASSAULTS OCCUR IT IS VERY DIFFICULT TO
GET THE ATTENTION OF A SINGLE GUARD,WHO THEN HAVE TO WAIT FOR
BACKUP BEFORE ATTEMPTING TO INTERVENE.MANY SECURITY OFFICERS,OUT
OF FEAR FOR THEIR OWN SAFETY,CHOSE TO IGNORE FIGHTS AND ASSAULTS
ALL TOGETHER.OTHERS WAIT UNTIL AFTER THE DANGER IS DONE BEFORE
STEPPING IN TO ISSUE DISCIPLINARY WARNINGS OR ACTIONS.

36].DEFENDANT[S] HAVE ACTED CONTINUOUSLY WITH DELIBERATE INDIFFERENCE
TO THE SUBSTANTIAL RISK OF SERIOUS INJURIES TO WHICH PLAINTIFF[S]
AND OTHER CLASS MEMBERS ARE EXPOSED.

**37**].FOR MANY YEARS DEFENDANT[S]HAVE KNOW ABOUT AND FAIL TO TAKE
THE NECESSARY STEPS TO ABATE THE RAPIDLY WORSENING SITUATION
CONDITIONS CHALLENGED IN THIS LAWSUIT AND THEIR DELIBERATE INDIFFERENCE
TO THESE CONDITIONS HAS RESULTED IN THE CRISIS THAT NOW THREATENS
THE BASIC HEALTH AND SAFETY OF NAMED PLAINTIFF[S]AND ALL MEMBERS
OF THE PLAINTIFF[S]CLASS.DEFENDANTS ARE AWARE OF THE SERIOUS
HARM,THAT RESULTS FROM CONFINING PEOPLE IN SEVERELY OVERCROWDED
FACILITIES,BUT THEY HAVE DONE LITTLE OTHER THAN BLAME ONE ANOTHER
OR THEIR PRECEDECESSORS FOR THE CURRENT DISASTROUS SITUATION.
**[SEE HERE TO ATTACH EXHIBITS]**.

38].THIS COURT HAS REPEATEDLY FOUND THAT OVERCROWDING INEVITABLY
CAUSES AND EXACERBATES OTHER IMPREMISSIBLE PRISON CONDITIONS
THIS COURT HAS EXPLICITLY AND ONMULTIPLE OCCASSIONS ORDERED THE
DEFENDANT[S]TO REMEDY THE OVERCROWDING THAT HAS BEEN ENDEMIC IN
ALABAMA'S PRISON SYSTEM FOR THE PAST 30 YEARS.

39]. DUE TO THE EXTREME OVERCROWDINESS THE ALABAMA BOARD OF
PARDON & PAROLE ARE ARBITRARY AND CAPRICIOUS DENYING PLAINTIFF[S]
AND OTHER SIMILARILY SITUATED FEMALE/MALE ALABAMA STATE PRISONERS,
BY NOT HAVING ANY SPECIFIC CRITERIA. FOR EXAMPLE THE DEPARTMENT
OF CORRECTION BOARD OF PARDON & PAROLE IS PRACTICING RETAINING
FEMALE/MALE TECHNICAL VIOLATERS BACK INTO THE SYSTEM FOR FIVE
TO TWENTY YEARS AND EVEN LONGER OR FORCING THE INMATES TO DO
THEIR ENTIRE SENTENCES.

40]. THERE ARE NO ADMINISTRATIVE REMEDIES WITHIN THE ALABAMA DEPARTMENT
OF CORRECTIONS FOR NAMED PLAINTIFF[S] AND OTHER MEMBERS OF THE
PLAINTIFF CLASS TO EXHAUST.

41]. DEFENDANT[S] DELIBERATE INDIFFERENCE TO SUBSTANTIAL RISK  OF
SERIOUS PHYSICAL VIOLENCE TO WHICH FEMALE/MALE PRISONERS IN ALABAMA
ARE EXPOSED, VIOLATES PLAINTIFF[S] RIGHT UNDER THE EIGHTH AND FOURTEENTH
AMENDMENT TO THE UNITED STATES CONSTITUTION, AS ENFORCED THROUGH
42 U.S.C SEC 1983.

42]. DEFENDANT[S] DELIBERATE INDIFFERENCE TO THE DENIAL OF PLAINTIFF[S]
BASIC HUMAN NEEDS, INCLUDING LIVING SPACE, VENTIALATION AND PERSONAL
SAFETY AND SECURITY. VIOLATES THE PLAINTIFF[S] RIGHT UNDER THE EIGHTH
AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, AS
ENFORCED THROUGH 42U.S.C SEC 1983.

43]. RATHER THAN TAKING THE RESPONSIBILITY FOR THE OVERCROWDINESS
THE DEFENDANT[S] AND THEIR PREDECESSORS HAVING ALLOWED THE OVERCROWDINESS
TO WORSEN STEADILY. MOST NOTICABLY, DEFENDANT[S] HAVING INTENTIONALLY
ALLOWED THE PRISONERS TO LINGER IN THE COUNTY JAILS IN AN ATTEMPT TO
SHIFT THE RESPONSIBILITIES FOR THOSE PRISONERS CUSTODY FROM THE
STATE TO THE COUNTY.

<u>PRAY FOR RELIEF</u>

WHEREFORE, PLAINTIFF[S] RESPECTFULLY PRAY THAT THIS COURT;

44]. PERSONALLY CONDUCT AN UNANNOUNCED INSPECTION OF ELMORE CORRECTIONAL
FACILITY.

45]. SCHEDULE A EVIDENTIARY HEARING ON PLAINTIFF[S] MOTION FOR A
PRELIMINARY INJUNCTION TO TAKE PLACE WITH 14 DAYS.

46].**IMMEDIATELY** GRANT THE PLAINTIFF[S]LIMITED EXPEDITED DISCOVERY TO DETERMINE FACTS RELATED TO THEIR REQUEST FOR A PRELIMINARY INJUNCTION,INCLUDING AN EXPERT INSPECTION OF THE PRISON FACILITY, DEPOSITIONS OF PRISON OFFICIALS AND ACCESS TO MEDICAL AND INSTITUTIONAL RECORDS AND OTHER DOCUMENTS RELEVANT TO THE NEED FOR A PRELIMINARY INJUNCTION.

47].GRANT PLAINTIFF[S]A FULL TRIAL AND DISCOVERY IN THIS MATTER;

48].ADJUDGE AND DECLARE THAT THE ACTS AND OMMISSIONS OF THE DEFENDANT[S] WITH REGARDS TO THE CLASS MEMBERS VIOLATE THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

49].ORDER THE DEFENDANT[S]TO COMPLY WITH THE CONSTITUTIONAL MANDATE OF **PUGH** AND ENJOIN DEFENDANT[S]FROM SUBJECTING PLAINTIFF[S] TO CRUEL AND UNUSUAL PUNISHMENT;AND HINDERING AND DELAYING THE PLAINTIFF[S]AND THE PLAINTIFF[S]AND THE PLAINTIFF CLASS TO THE CONSTITUTIONAL

50].AWARD PLAINTIFF[S] THE COSTS OF THIS LAWSUIT AND REASONABLE ATTORNEY FEES;

51].ORDER SUCH ADDITIONAL RELIEF AS THE COURT MAY DEEM JUST AND PROPER.

52].ORDER THE DEFENDANT[S]NOT TO TRANSFER THE PLAINTIFF[S]OR ANY MEMBERS OF THE PLAINTIFF CLASS OUT OF RETALIATION FOR FILING THIS COMPLAINT.

53].PUT ALL OF THE PLAINTIFF[S]UNDER THIS COURT'S PROTECTION.

54].**IMMEDIATELY** GRANT THE PLAINTIFF[S]RELIEF FROM ANY FURTHER CUSTODY OF THE ALABAMA DEPARTMENT OF CORRECTION UNCONSTITUTIONAL CONDITIONS OF THE OVERCROWDINESS,PURSUANT TO **TITLE 18 U.S.C SEC. 3626.**

RESPECTFULLY SUBMITTED

RONNIE MCLAIN#133958
P.O BOX 8B1-132
ELMORE,AL.36025

RESPECTFULLY SUBMITTED

LEON FOY#125322
P.O BOX 8 B1-174
ELMORE,AL.36025

RESPECTFULLY SUBMITTED

WILLIAM K.WALKER#212483
P.O BOX 8 B1-42
ELMORE,AL.36025   R. Mc 9-30-05

RESPECTFULLY SUBMITTED

ROY MORE#197649
P.O BOX 8 A2-15
ELMORE,AL.36025

RESPECTFULLY SUBMITTED

ANDRE L.WEBSTER#159444
P.O BOX 8 C2-152
ELMORE,AL.36025


SWORN TO AND SUBSCRIBED BEFORE ME ON THIS DAY 30 OF September,05

NOTARY PUBLIC

2/12/2007
MY COMMISSION EXPIRES:


13.