EDITORIALS

# Numbers on the rise

## *State inmate backlog building again*

In the past, the long-ignored problem of state inmates overstaying their welcome in Alabama's county jails led to a lawsuit to require that they be moved into the crowded state prison system faster.

The overcrowding problems in the state system led to the create of a second parole board to speed up hearings for those eligible for parole and to the state paying an out-of-state facility to house some Alabama inmates for a while.

The numbers of state prisoners remaining in county jails longer than the 30 days after sentencing allowed by law has begun to creep up again. The state's efforts eliminated the backlog for several months. But as of last week there were 192 prisoners in county jails who already should have been taken into state prisons.

While it is nothing near the 2,844 inmates lingering in county jails at one point in the past, there is reason to worry that the numbers could continue to rise and re-ignite the anger of sheriffs with overcrowded jails.

This time, Gov. Bob Riley's administration is said to be looking at a different kind of solution — paying the county sheriffs for jailing state inmates until they can be moved into the state prison system.

It is tempting to say "what took them so long?" It would seem "renting" space for inmates in county jails would have been an idea addressed even before sending inmates out of state.

Bobby Timmons, executive director of the Alabama Sheriffs Association sent a questionnaire to sheriffs asking if they were interested and how many inmates they might be able to house.

Reaction was mixed. Some counties, especially those with new jails to pay for, seemed interested in the potential for revenue.

Some, like Montgomery County Sheriff D.T. Marshall, opposed any agreement, partly, he told The Birmingham News, because counties had to work so hard to get the state to get inmates out of their jails to begin with. If something happened to one of those state inmates, he said, it would cost county taxpayers.

St. Clair County Sheriff Terry Surles said the counties don't need to house state inmates for less than anyone else — certainly not the $1.75 the state pays now.

The state paid far more to house inmates out of state, and county sheriffs are well aware of that, should the state try to negotiate to keep state inmates in county lockups longer.

But even at the same price, the state should save some money in travel costs to put inmates in out of state facilities and keeping inmates closer to their families should increase the chance that their time in prison will rehabilitate them.

It is an option the state should explore as it continues to deal with the overcrowding issue.