IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDRE L. WEBSTER #159444        *
     PLAINTIFF/PETITIONER

VS.                             *

BOB RILEY et al.,               *      CIVIL ACTION NO 2:05cv948-F
     DEFENDANT[S]               *

MOTION FOR OBJECTION TO
MAGISTRATE JUDGE FINDING
AND RECOMMENDATION

   COMES NOW, PLAINTIFF/PETITIONER[S] ANDRE L. WEBSTER #159444, PURSUANT TO 28 U.S.C.A SECTION 636(B)(1) AND MOVES THIS HONORABLE COURT FOR RESUBMISSION TO MAGISTRATE JUDGE McPHERSON TO HOLD AN EVIDENTIARY HEARING TO DETERMINE BOTH FACTUAL ALLEGATIONS AND LEGAL CONCLUSIONS AND PLAINTIFF[S] MOTIONS FOR EMERGENCY INJUNCTION AND FOR CLASS CERTIFICATION. IN SUPPORT OF SAID MOTION THE PLAINTIFF WILL STATE THE FOLLOWING GROUNDS;

   1. THE PLAINTIFF/PETITIONER[S] IN THIS INSTANT CASE CLEARLY SUPPORT IN THEIR MOTION FOR INJUNCTION RELIEF ALL FOUR ELEMENTS FOR RELIEF.

   2. BY DEMONSTRATING A SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS AND HAD THE HONORABLE JUDGE McPHERSON HELD AN EVIDENTIARY HEARING ON THE FIRST ISSUE OF THE PLAINTIFF/PETITIONER[S] REQUEST WHICH STATED "THE DEFENDANT ARE TO BRING OR GET THE ALABAMA STATE INSTITUTIONS DOWN TO IT'S ORIGINAL DESIGNED CAPACITY WITHIN 30 DAYS OF FILING THIS INJUNCTION. THE PLAINTIFF/PETITIONER[S] REQUEST THIS HONORABLE JUDGE McPHERSON TO OVER RULE HER RECOMMENDATION AND LOOK CLOSELY AT THE PLAINTIFF/PETITIONER[S] FIRST ISSUE THAT REQUESTED AND EMERGENCY INJUNCTION AND THE PLAINTIFF/PETITIONER[S] COMPLAINT AND EXHIBITS CLEARLY DEMONSTRATED A SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS. THE PLAINTIFF/PETITIONER[S] AND OTHER SIMILAR SITUATED CURRENT AND FUTURE ALABAMA STATE PRISONERS ARE SUFFERING IRREPARABLE HARM AND REQUEST THIS HONORABLE COURT TO HOLD AN EVIDENTIARY HEARING ON SAID ISSUES.

3. THE PLAINTIFF/PETITIONER[S]REQUEST THIS HONORABLE COURT TO OVER RULE IT'S RECOMMENDATION AND HOLD AN EVIDENTIARY HEARING ON PETITIONER[S]THIRD ISSUE FOR EMERGENCY INJUNCTION RELIEF THAT STATES AS FOLLOWS"THE DEFENDANT[S]ARE TO PROVIDE NO LESS THAN THE PROPER SECURITY GUARDS FOR THE WELFARE AND SAFETY OF EACH ALABAMA INSTITUTIONS.

4. AND HAD THE HONORABLE JUDGE McPHERSON HELD THE APPROPIATE EVIDENTIARY HEARING CONCERNING THE FACTUAL ALLEGATIONS AND LEGAL CONCLUSIONS,SHE WOULD HAVE ACKNOWLEDGED THE PLAINTIFF/PETITIONER[S] AND OTHER SIMILAR SITUATED CURRENT AND FUTURE ALABAMA STATE PRISONERS ARE SUFFERING IRREPARABLE HARM.

WHEREFORE,PLAINTIFF/PETITIONER[S]REQUEST THIS HONORABLE COURT TO OVER RULE HER RECOMMENDATION AND HOLD A EVIDENTIARY HEARING.

DONE ON THIS 19TH DAY OF OCTOBER,2005.

*[signature: Andre L. Webster]*

ANDRE L.WEBSTER#159444
P.O BOX 8 C2-152
ELMORE,AL.36025