**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donal Campbell
   Comm. of ADOC
   Legal Division
   P.O. Box 30150
   Mont. AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Kay P. Hope    ☑ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   2:05cv948-F
   PO + Cap

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3166

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Whaley
   Ex Direct ADOC
   Legal Division
   P.O. Box 30150
   Mont. AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X    ☐ Agent  ☑ Addressee
B. Received by (Printed Name) Paul Whaley   C. Date of Delivery 11 Nov 05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   2:05cv948
   PO + Cap

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3340

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540