

**BOB RILEY**
GOVERNOR

# State of Alabama
# Alabama Department of Corrections

Research and Planning
P. O. Box 301501
Montgomery, AL 36130-1501



**DONAL CAMPBELL**
COMMISSIONER

October 31, 2005

ADMINISTRATIVE REGULATION          OPR: OPERATIONS
NUMBER                     431

## INMATE TELEPHONE SYSTEM

## I.  GENERAL

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes the responsibilities, policies, and procedures to authorize the use of an institutional inmate telephone system.

## II.  POLICY

It is the policy of the ADOC to provide an inmate telephone system at each institution to maintain constructive family and community ties, and for controlling unauthorized use of the telephones by inmates.

## III.  DEFINITIONS

A.  Inmate Telephone System. A system which monitors, records, and controls the use of telephones utilized by the inmates at all institutions.

B.  Telephone Monitor. Personnel designated by the Warden to input data to establish an authorized inmate telephone list and/or monitor the computer system.

C.  Personal Identification Number (PIN): For the purpose of this AR, the inmate AIS number shall function as the PIN.



EXHIBIT

I

AR 431 – October 31, 2005

IV.   **RESPONSIBILITIES**

    A.    The Warden is responsible:

        1.    For developing their institutional/divisional Standard Operating Procedures (SOPs), as necessary, to implement AR 431, *Inmate Phone System*.

        2.    For designating Telephone Monitors.

        3.    For making accommodations for the deaf or hearing impaired inmates as required by AR 705, *Hearing Impaired Inmates*.

    B.    The Telephone Monitor is responsible for entering data and monitoring inmate telephone data.

    C.    The inmate is responsible for submitting ADOC Form 431, *Inmate Telephone List*, and complying with this AR.

V.   **PROCEDURES**

    A.    Each institution will distribute the ADOC Form 431 to each inmate when received into their institution.  ADOC Form 431 will be available to the inmate population to request changes.

    B.    Restrictions of inmate telephone privilege by the Warden/designee will be provided to the Telephone Monitor on a daily basis to be entered into the computer as soon as possible.

    C.    Upon arrival at an institution the Telephone Monitor will check the inmate's institutional file for their current approved telephone list.  If the inmate is eligible for a change, they will be allowed to do so at this time.

    D.    The Telephone Monitor should enter the inmate's telephone list into the telephone computer within 72 hours of receiving the inmate, excluding weekends and holidays.  A copy will be provided for the inmate's institutional file.

    E.    Each inmate's telephone list will be entered into the telephone computer by Personal Identification Number (PIN) and name.

    F.    An inmate will be allowed to change their telephone list:

        1.    Once every six (6) months, in conjunction with the time of their regular visiting/funds list change.

AR 431 – October 31, 2005

2.  The inmate's six month period will begin at the reception center with the first list (telephone/visitation/funds) entered.

3.  If an inmate's immediate family member moves prior to the six (6) month change, the inmate can submit a copy of the old telephone bill and a copy of the new telephone bill as documentation with the new telephone number.

4.  Prior to the six month change, an attorney's telephone number may be changed or a new number added, provided a letter is submitted on the attorney's letter head requesting the change.

G.  All telephone calls, except those involving attorney-client privileges, are subject to being recorded and investigated where necessary to maintain institutional security.

H.  Recorded conversations may be used as evidence at a disciplinary hearing or free-world court where there is a violation of a State or Federal law.

I.  An inmate's call may be terminated for being abusive or threatening, and the telephone number may be deleted from the inmate's telephone list with the approval of the Warden. The Telephone Monitor will complete an ADOC Form 302-A, *Incident Report*.

J.  All 3-way telephone calls are prohibited on the inmate telephone system. If the Telephone Monitor determines through monitoring a telephone call that the inmate is involved in a 3-way call, the call will be terminated and the inmate subjected to disciplinary action. The Telephone Monitor will complete an ADOC Form 302-A, *Incident Report*.

K.  The Warden/designee will establish a telephone schedule that will coincide in accordance with the following:

1.  General Population inmates: Telephones will operate from approximately 8:00 a.m. until 10:00 p.m. Sunday through Thursday. Telephones will operate from approximately 8:00 a.m. until 12:00 p.m. on Friday and Saturday. Duration of call will be 15 minutes. Honor Dorm/Faith Based Programs may be allowed extra time as determined by the Warden/designee.

2.  Death Row inmates: Telephones will operate from approximately 8:00 a.m. until 12:00 a.m. Duration of call will be 25 minutes.

3.  Protective Custody inmates: Inmates in this status will be afforded the same telephone privileges as general population inmates as directed by AR 435, *Protective Custody*.

AR 431 – October 31, 2005

4.    Administrative Segregation: Inmates in this status will receive an in-processing telephone call of five (5) minutes to inform family of their whereabouts. Thereafter, the inmate will receive one telephone call per month as directed by AR 433, *Administrative Segregation and Housing for Close or Maximum Custody*, except for emergencies or attorney calls.

5.    Disciplinary Segregation: Inmates in this status will receive an in-processing telephone call of five (5) minutes to inform family of their whereabouts. No other telephone calls are authorized while and inmate is in this status, except for emergencies or attorney calls as directed by AR 434, *Disciplinary Segregation*.

6.    Calls by deaf or hearing impaired inmates using TDD/TTY equipment shall be allowed four times the duration allowed for voice telephone calls as directed by AR 705, *Hearing Impaired*.

7.    In the case of a verified emergency, an inmate may be allowed a telephone call to immediate family members. This call should be placed by the institutional chaplain or if not available the shift supervisor. Emergency telephone calls placed and completed should be documented in the institutional shift log.

## VI.    DISPOSITION

Any forms used will be disposed of and retained according to the Departmental Records Disposition Authority (RDA).

## VII.    FORMS

ADOC Form 431, *Inmate Telephone List.*

## VIII.    SUPERCEDES

This regulation supersedes Administrative Regulation 431, dated November 27, 1995.

## IX.    PERFORMANCE

American Correctional Association, *Standards for Adult Correctional Institutions*, 4th Edition: 4 – 4271; 4 – 4272; 4 – 4497.

Donal Campbell, Commissioner

AR 431 – October 31, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

**Inmate Telephone List**

Date: _____     Institution transferred from: _____

Date Transferred: _____

Inmate Name: _____

Inmate Bed and Dorm Assignment: _____

A.I.S. # \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

**PLEASE PRINT PLAINLY AND CLEARLY, IF WE CAN NOT READ IT WE WILL NOT ENTER IT.**

Telephone Numbers Requested

| | Area Code | Telephone Number | NAME (FIRST AND LAST) | RELATIONSHIP |
|---|---|---|---|---|
| 1. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 2. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 3. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 4. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 5. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 6. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 7. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 8. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 9. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |
| 10. | \_\_\_\_\_ - | \_\_\_\_\_ - \_\_\_\_\_ | _____ | _____ |

ADOC Form 431 – October 31, 2005