```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

ANDRE L. WEBSTER,
    Plaintiff,

    Vs.                        Case #2:05-CV-948-F

BOB RILEY, et al.,
    Defendants.

## DEFENDANT'S MOTION FOR ENLARGEMENT
## (OUT-OF-TIME)

Comes now William Segrest, Executive Director of the Alabama Board of Pardons and Paroles, named as a Defendant in the above-styled action, and moves the Court for a ten(10) day enlargement to file his response, and in support there of submits the following:

    1.    The Plaintiff will not be prejudiced by the Defendant's oversight or a short enlargement,

    2.    A short delay will not have an adverse impact on the course of the proceedings,

3. There is a significant probability that the Defendant (William Segrest) will prevail on the merits.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREG GRIFFIN
CHIEF COUNSEL


s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steven.Sirmon@paroles.alabama.gov



s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 9 December 2005, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the following: Troy King, Bob Riley, Donal Campbell and Paul Whaley, and I hereby certify that I have mailed by United Stated Postal Service the document to the following non-CM/ECF participants:

Leon Foy, #125322
PO Box 8 B1-174
Elmore, Alabama 36025

Ronnie McClain, #133958
PO Box 8 B1-132
Elmore, Alabama 36025

Andre L. Webster, #159444
PO Box 8 C2-152
Elmore, Alabama 36025

Roy More, #197649
PO Box 8 A2-15
Elmore, Alabama 36025

Done this 9th day of December, 2005.

Respectfully submitted,

```
s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
```
Ala. Bd. Pardons & Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steven.Sirmon@paroles.alabama.gov