IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDRE L. WEBSTER, #159444       )
                                )
        v.                      )        CIVIL ACTION NO. 2:05-CV-948-F
                                )
BOB RILEY, et al.,              )
                                )
        Defendants.             )

## ORDER

Upon consideration of the motion for extension of time filed by defendant Segrest

on December 9, 2005, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that defendant Segrest be GRANTED an extension from December 5,

2005 to and including December 15, 2005 to file a special report and answer.

Done this  12th day of December, 2005.

/s/ Delores R. Boyd
United States Magistrate Judge


f*or*

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE