IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDRE L. WEBSTER,
    Plaintiff,

Vs.                        Case #2:05-CV-948-F

BOB RILEY, et al.,
    Defendants.

**MOTION TO FILE EXHIBIT**

Comes now William Segrest, Executive Director of the Alabama Board of Pardons and Paroles, named as a Defendant in the above-styled action, and shows unto the Court as follows:

1. On 12-12-05, Defendant Segrest filed a Special Report.

2. Defendant Segrest requests permission to file an affidavit in support of the Special Report previously filed.

1

3.      The granting of permission to file the above-mentioned affidavit will not prejudice Plaintiff Webster.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    GREG GRIFFIN
    CHIEF COUNSEL


    s/STEVEN M. SIRMON
    ASSISTANT ATTORNEY GENERAL
    State Bar#: ASB-5949-S61S
    Ala. Bd. Pardons and Paroles
    P.O. Box 302405
    Montgomery, Alabama 36130
    Telephone: (334) 242-8700
    Fax: (334) 353-4423
    Steven.Sirmon@paroles.alabama.gov



    s/HUGH DAVIS
    DEPUTY ATTORNEY GENERAL
    State Bar#:  ASB-4358-D63F
    Ala. Bd. Pardons and Paroles
    301 South Ripley Street
    P.O. Box 302405
    Montgomery, Alabama 36130
    Telephone: (334) 242-8700
    Hugh.davis@paroles.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 13 December 2005, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the following: Troy King, Bob Riley, Donal Campbell and Paul Whaley, and I hereby certify that I have mailed by United Stated Postal Service the document to the following non-CM/ECF participants:

Leon Foy, #125322  
PO Box 8 B1-174  
Elmore, Alabama 36025

Ronnie McClain, #133958  
PO Box 8 B1-132  
Elmore, Alabama 36025

Andre L. Webster, #159444  
PO Box 8 C2-152  
Elmore, Alabama 36025

Roy More, #197649  
PO Box 8 A2-15  
Elmore, Alabama 36025

Done this 13th day of December, 2005.

Respectfully submitted,

s/STEVEN M. SIRMON  
ASSISTANT ATTORNEY GENERAL  
State Bar#: ASB-5949-S61S  
Ala. Bd. Pardons & Paroles  
P.O. Box 302405  
Montgomery, Alabama 36130  
Telephone: (334) 242-8700  
Fax: (334) 353-4423  
Steven.Sirmon@paroles.alabama.gov