IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDRE L. WEBSTER, #159444, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-948-F |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file exhibit filed by defendant Segrest on December 13, 2005 (Court Doc. No. 22), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 13th day of December, 2005.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE

for


Vanzetta Penn Mcpherson
United States Magistrate Judge