IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDRE L. WEBSTER, #159444 ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:05-CV-948-F |
| ) | |
| BOB RILEY, et al.,  ) | |
| ) | |
| Defendants.  ) | |

**O R D E R**

A review of the docket in this case does not indicate that service was attempted on William Segrest. The Clerk is hereby **DIRECTED** to serve a copy of the complaint, the October 26, 2005 order of procedure (Court Doc. No. 7) and this order on William Segrest at P.O. Box 302405, Montgomery, Alabama 36130-2405. The Clerk shall likewise provide a copy of the aforementioned documents to the General Counsel for the Alabama Board of Pardons and Paroles. Accordingly, it is

**ORDERED** that William Segrest shall file a written report and answer within twenty (20) days of service of this order.

Done this 20th day of December, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE