IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDRE L. WEBSTER, #159444        )
                                 )
    v.                           )        CIVIL ACTION NO. 2:05-CV-948-F
                                 )
BOB RILEY, et al.,               )
                                 )
        Defendants.              )

## ORDER ON MOTION

This cause of action is presently pending before this court on a 42 U.S.C. § 1983

complaint filed by Andre L. Webster ["Webster"], a state inmate incarcerated at the Elmore

Correctional Facility.  In this complaint, Webster challenges the conditions of confinement

to which he is subjected at the Elmore Correctional Facility and asserts claims with respect

to the general conditions of correctional facilities operated by the Alabama Department of

Corrections.

On December 1, 2005, inmate Roy Mose filed a motion to intervene.  *See Court Doc.*

*No. 17.*  The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay

the full amount of the required [filing] fee."  *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195

(11th Cir. 2001).  Consequently, multiple prisoners are not entitled to enjoin their claims in

a single cause of action.  *Id*.  Moreover, the court notes that Mose has a cause of action

pending before this court in which he asserts identical claims for relief as those presented by

Foy.  *See Mose v. Riley, et al.*, Civil Action No. 05-CV-947-F.

Accordingly, it is

**ORDERED** that the motion to intervene filed by Roy Mose be and is hereby

DENIED.

Done this  20th day of December, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE


*For*

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE