| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Cornell Long  C. Date of Delivery: 12/22/05 |
| 1. Article Addressed to:<br><br>William Segrest<br>P.O. Box 302405<br>Mont. AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>05CV948-F<br>Pro ordn 12/2<br>*comp* |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0005 4584 6101 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540