IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDRE L. WEBSTER,
    Plaintiff,

Vs.                              Case #2:05-CV-948-F

BOB RILEY, et al.,
    Defendants.

RESPONSE OF
WILLIAM SEGREST
TO ORDER DATED 20 December 2005

Comes now William Segrest, Executive Director of the Alabama Board of Pardons and Paroles, named as a Defendant in the above-styled action, and shows unto the Court as follows:

1)   Defendant submitted a Special Report on 9 December 2005.

2)   Defendant supplemented that Special Report on 13 December 2005, by filing an affidavit.

3)   Defendant believes he has already complied with the order.

4)   If the previous filings are insufficient, Defendant invites the Court to provide further direction.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

GREG GRIFFIN
CHIEF COUNSEL


s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steven.Sirmon@paroles.alabama.gov



s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10 January 2006, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the following: Troy King, Bob Riley, Donal Campbell and Paul Whaley, and I hereby certify that I have mailed by United Stated Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Leon Foy, #125322<br>PO Box 8 B1-174<br>Elmore, Alabama 36025 | Ronnie McClain, #133958<br>PO Box 8 B1-132<br>Elmore, Alabama 36025 |
| Andre L. Webster, #159444<br>PO Box 8 C2-152<br>Elmore, Alabama 36025 | Roy More, #197649<br>PO Box 8 A2-15<br>Elmore, Alabama 36025 |

Done this 10th day of January, 2006.

Respectfully submitted,

```
s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
```
Ala. Bd. Pardons & Paroles
P.O. Box 302405
Montgomery, Alabama 36130
```
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steven.Sirmon@paroles.alabama.gov
```