## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Webster  vs. Riley, et al

Case Number: 2:05cv948-MEF

Referenced Docket Entry - Answer  - Doc.  No. 27.

The referenced docket entry was filed electronically   in ERROR  on ***January 10, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have not been filed as an Answer.  Please DISREGARD this docket entry. See doc. 28 for correction.