IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDRE L. WEBSTER, #159444 | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-948-MEF |
| | ) | |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the docket in this case, and as defendant Segrest has not yet filed an answer to the complaint but merely submitted a special report, it is

ORDERED that on or before January 20, 2006 defendant Segrest shall file a separate document captioned as an answer in response to the complaint.

Done this 11th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE