IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDRE L. WEBSTER, # 159444, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv948-MEF |
| | ) |
| BOB RILEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On February 17, 2006, the Magistrate Judge filed a Recommendation (Doc. #33) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for the plaintiff's abandonment of his claims, his failure to comply with orders of the court and his failure to prosecute this action.

Done this the 21st day of March, 2006.

                                                                 /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE