```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000151
Cashier ID: benrobi
Transaction Date: 08/16/2007
Payer Name: STATE CATTLE RANCH
------------------------------------
PLRA CIVIL FILING FEE
 For: ANDRE L WEBSTER
 Case/Party: D-ALM-2-05-CV-000948-001
 Amount:         $5.06
------------------------------------
CHECK
 Check/Money Order Num: 944
 Amt Tendered:   $5.06
------------------------------------
Total Due:      $5.06
Total Tendered: $5.06
Change Amt:     $0.00
```